IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM HAYES,

    Plaintiff,

vs.                                                                  1:11-cv-215-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

    Pending before the Court is Plaintiff's Out of Time Motion To Serve His Memorandum Of Law.  (Doc. 13.)  Pursuant to a previous order, Plaintiff's memorandum was due on February 27, 2012.  (Doc. 12.)  Plaintiff requests permission to file his memorandum one day late because of a server problem. Plaintiff has filed his memorandum contemporaneously with his motion.  (Doc. 14.)  Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies Defendant's counsel has been contacted and Defendant does not object to the requested relief.

    Accordingly, upon due consideration, Plaintiff's Out of Time Motion To Serve His Memorandum Of Law (Doc. 13) is **GRANTED**.  Plaintiff's Memorandum (Doc. 14) is accepted as filed.  Defendant shall file his memorandum on or before **April 30, 2012.**

    **DONE AND ORDERED** this 29th day of February, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge